SAMUEL WOLFSON, on Behalf of Himself and Other Creditors of FISHKIND REALTY CO., INC., Who May Come into the Action, Respondent, v. THE ÆTNA CASUALTY AND SURETY COMPANY and Others, Appellants.* — Order directing summary judgment for plaintiff and order denying defendants' motion for reargument affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Tompkins and Davis, JJ., concur.

HERMAN WOLLITZER, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY and BOND AND MORTGAGE GUARANTEE COMPANY, Respondents.— Order and judgment unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ. [148 Misc. 529.]

NAZZARENO ANGELETTI, Appellant, v. C. RAY COLE and Another, etc., Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

ASSOCIATED INVESTORS, INC., Respondent, v. VITAGRAPH GARAGE, INC., and Another, Defendants; ANNA BARONDESS and Another, Appellants.— Motion by respondent to resettle order of March 9, 1934, denied. Motion by appellants to resettle said order granted and order resettled so as to provide that defendants Barondess have leave to answer within ten days from service of the order of affirmance herein with notice of entry thereof. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

WHEELER BOWDEN, Respondent, v. ASHER DANN AND SONS, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

LOUIS CASAGRANDE and ENRICO VESCHI, Respondents, v. NEW HAMPSHIRE FIRE INSURANCE COMPANY OF MANCHESTER, Appellant. LOUIS CASAGRANDE and ENRICO VESCHI, Respondents, v. THE HOME INSURANCE COMPANY, Appellant. LOUIS CASAGRANDE and ENRICO VESCHI, Respondents, v. GLENS FALLS INSURANCE COMPANY, Appellant. LOUIS CASAGRANDE and ENRICO VESCHI, Respondents, v. AMERICAN EAGLE FIRE INSURANCE COMPANY OF NEW YORK, Appellant. LOUIS CASAGRANDE and ENRICO VESCHI, Respondents, v. MILWAUKEE MECHANICS, INSURANCE COMPANY OF MILWAUKEE, WISCONSIN, Appellant.— Motions for reargument denied, with ten dollars costs. Motions for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

WILLIAM J. CLARK, Respondent, v. ANNIE BOGART, as Administratrix with the Will Annexed of WILLIAM OPPENHEIM, Deceased, Appellant.— Motion for reargument dismissed, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.